JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>1976 LA CIENEGA, LP, a California limited partnership; and DOES 1-10,<br><br>        Defendants. | Case No. 2:21-cv-01899-FLA (PVCx)<br><br>*Hon. Fernando L Aenlle−Rocha*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 16]**<br><br>Action Filed: March 1, 2021<br>Trial Date:   Not on Calendar |

1 |     Pursuant to the Parties' stipulation and Fed. R. Civ. P. 41, the court dismisses with prejudice Plaintiff George Jones' action against Defendant 1976 La Cienega LP.  Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  May 17, 2021

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge